No. 11–7979. WHITESIDE v. ARKANSAS. Sup. Ct. Ark. Reported below: 2011 Ark. 371, 383 S. W. 3d 859; and

No. 11–8655. VARGAS GUILLEN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Miller* v. *Alabama, ante,* p. 460.

No. 11A1238. PRELESNIK v. BALLINGER. C. A. 6th Cir. Application for stay, presented to JUSTICE KAGAN, and by her referred to the Court, denied. THE CHIEF JUSTICE, JUSTICE KENNEDY, JUSTICE THOMAS, and JUSTICE ALITO would grant the application for stay.

No. 11–681. HARRIS ET AL. v. QUINN, GOVERNOR OF ILLINOIS, ET AL. C. A. 7th Cir.; and

No. 11–1154. RETRACTABLE TECHNOLOGIES, INC., ET AL. v. BECTON, DICKINSON & CO. C. A. Fed. Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.